IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                CASE NO. 1:05-cr-00034-MP-AK

MICHAEL ALEXIS BIROCCO,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 43, Motion to Continue by Michael Alexis Birocco. A teleconference was held on February 9, 2006, concerning the motion, during which the government indicated it had no objection. The motion is granted, and sentencing is hereby reset for Thursday, February 23, 2006, at 1:30 p.m.

    **DONE AND ORDERED** this  *16th*   day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge