# IN THE UNITED STATES DISTRICT COURT FOR
# NORTHERN DISTRICT OF FLORIDA
### (Gainesville Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **MICHAEL ALEXIS BIROCCO** ) | Docket No. 1:05CR34-MMP |

## ORDER MODIFYING CONDITIONS OF RELEASE

The defendant appeared before the Court on February 23, 2006, for sentencing. The defendant was sentenced to a term of eighteen (18) months imprisonment to be followed by four (4) years supervised release and is scheduled to self surrender on March 24, 2006. Until such time, the defendant is continued on bond supervision with the following additional condition of release:

**The defendant shall not frequent places where alcoholic or intoxicating beverages are sold, dispensed, or used with the exception of restaurants or grocery stores where he is a customer.**

All other conditions of bond shall remain in full force and effect.

**DONE AND ORDERED** this   23rd   day of February, 2006.


 s/Maurice M. Paul
_____
MAURICE M. PAUL, SENIOR
UNITED STATES DISTRICT JUDGE

February 23, 2006
_____
DATE